# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1835

_____

United States of America

*Plaintiff - Appellee*

v.

Joseph Pierre Williams, also known as JP

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: December 10, 2013
Filed: December 18, 2013
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Joseph Williams directly appeals the 175-month prison sentence that the district court[1] imposed upon him after he pleaded guilty to possessing oxycodone

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). His counsel has moved to withdraw, and in a brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), counsel suggests that the sentence was unreasonable, and that the district court abused its discretion by improperly weighing the sentencing factors of 18 U.S.C. § 3553(a) and by applying a presumption of reasonableness to the applicable Sentencing Guidelines range.

After careful review, we conclude that the district court adequately considered the sentencing factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review). We find nothing in the record to suggest that the district court applied a presumption of reasonableness to the Guidelines range. <u>See</u> <u>Rita v. United States</u>, 551 U.S. 338, 351 (2007). It is within our discretion to apply a presumption of reasonableness to Williams's sentence because it falls within the undisputed Guidelines range, and we do so here. <u>See</u> <u>Feemster</u>, 572 F.3d at 461.

Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____